UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
DONALD B. STRASSBURG and
COLLEEN STRASSBURG, his spouse                  :
                                                :
            Plaintiff,                          :   Case No. 15-cv-743 EAW
                                                :
      -against-                                 :
                                                :   **CORPORATE DISCLOSURE**
E.I. DuPONT DE NEMOURS AND COMPANY,             :   **STATEMENT**
individually, and as successor-in-interest to the
FIRST CHEMICAL CORPORATION;
and FIRST CHEMICAL CORPORATION,

            Defendants.                         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant E. I. du Pont de Nemours and Company ("DuPont") states that, to the best of his present knowledge and belief, there is no parent corporation and there is no publicly-held corporation that owns 10% or more of DuPont's stock.

Dated:  October 7, 2015           PHILLIPS LYTLE LLP


                                  By      s/Kevin M. Hogan
                                          Kevin M. Hogan
                                  125 Main Street
                                  One Canalside
                                  Buffalo, New York 14203
                                  Tel:  (716) 847-8400
                                  Fax:  (716) 852-6100
                                  khogan@phillipslytle.com


                                  *Attorneys for Defendant*
                                  *E .I. du Pont de Nemours and Company*

- 2 -

To:

Steven H. Wodka, Esq.
*Attorney for Plaintiffs*
577 Little Silver Point Road
P.O. Box 66
Little Silver, NJ 07739-2815
stevewodka@verizon.net

David W. Kloss, Esq.
Kloss, Stenger, Kroll & LoTempio
*Attorney for Defendant First Chemical Corporation*
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
dwkloss@klosslaw.com

Doc #01-2894000.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DONALD B. STRASSBURG and
COLLEEN STRASSBURG,
                Plaintiff,

v.

E. I. DuPONT DE NEMOURS AND COMPANY,
Individually, and as successor-in-interest to the
First Chemical Corporation;
and FIRST CHEMICAL CORPORATION,

                Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.
15-CV-00743

       I hereby certify that on October 1, 2015, I caused the foregoing Corporate Disclosure Statement of Defendant E. I. du Pont de Nemours and Company to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Steven H. Wodka
   stevewodka@verizon.net

2. John N. Lipsitz
   lp@lipsitzponterio.com

3. David W. Kloss
   dwkloss@klosslaw.com

Dated:  Buffalo, New York
       October 1, 2015

                      PHILLIPS LYTLE LLP

                      By    s/Kevin M. Hogan
                            Kevin M. Hogan
                      Attorneys for Defendant
                        E.I. du Pont de Nemours and Company
                      One Canalside
                      125 Main Street
                      Buffalo, New York 14203-2887
                      Telephone No.: 716-847-8400
                      khogan@phillipslytle.com

Doc #01-2894331.1